# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| HICA EDUCATION LOAN CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:10CV962 |
| PATRICK J. CADIGAN, | ) ) | |
| Defendant. | ) | |

## INITIAL PRETRIAL CONFERENCE
## MEMORANDUM AND ORDER

The Court called the above-entitled action at Greensboro, North Carolina, on February 28, 2011 for an initial pretrial conference. Attorney C.O. Ladd Ackerman, Jr., did not appear for Plaintiff; thus, Plaintiff was not represented at the conference. The *pro se* Defendant, Patrick J. Cadigan, appeared.

After conferring with Mr. Cadigan, the Court enters the following orders:

**IT IS ORDERED** that the standard discovery track applies with the exceptions that the parties are allowed to conduct discovery until and through August 31, 2011, and interrogatories and requests for admission are limited to no more than 40 from each party. Mediation early in the case is ordered and must be completed by the end of discovery.

Plaintiff is advised that any further failure to attend a noticed hearing or to obey a court order may result in dismissal of this action.

/s/ P. Trevor Sharp<br>United States Magistrate Judge

Date: March 1, 2011